```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

| | |
|---|---|
| JESSIE JAMES RICHMOND       * | |
|        Plaintiff            * | |
| vs.                         * | CASE NO. 4:02-CV-91-1(CDL) |
| LINDA PIERCE, Clerk, and    * | |
| JAMES KING,                 * | |
|        Defendant            * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 26, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 25th day of August, 2005.

                                S/Clay D. Land
                                   CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE