```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
                           COLUMBUS DIVISION
```

JESSIE JAMES RICHMOND,            *

    Plaintiff                 *
                                     Case Number 4:02-CV-91 (CDL)
vs.                               *

M. LINDA PIERCE, Clerk, and       *
JAMES KING,
                               *

    Defendants
_____ *

## J U D G M E N T

Pursuant to this Court's Order dated August 25, 2005, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover their costs of this action.

This 25th day of August, 2005.

                                        Gregory J. Leonard, Clerk

                                        s/ Timothy L. Frost
                                        Deputy Clerk